# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ALYCIA LANE | : No. 54 EM 2015 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Intermediate Court |
| | : |
| CBS BROADCASTING INC., MICHAEL | : |
| COLLERAN, AND LAWRENCE MENDTE | : |
| | : |
| | : |
| PETITION OF: LAWRENCE MENDTE | : |

| | |
|---|---|
| ALYCIA LANE | : No. 55 EM 2015 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Intermediate Court |
| | : |
| CBS BROADCASTING INC., MICHAEL | : |
| COLLERAN, AND LAWRENCE MENDTE | : |
| PETITION OF | : |
| | : |
| | : |
| Defendant | : |
| | : |
| LAWRENCE MENDTE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2015, Lawrence Mendte's Petition to Join in Allowance of Appeal Out of Time is **DENIED.**